UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00108-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BRADLEY ALAN SMITH,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, May 4, 2011,** and responses to these motions shall be filed by **Friday, May 13, 2011.**  It is

    FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference has not been set at this time.  The parties shall contact Chambers should such a hearing become necessary.  It is

    FURTHER ORDERED that a 4-day jury trial is set for **Monday, May 23, 2011, at 9:00 a.m. in courtroom A-1002.**

Dated: April 4, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge