UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00108-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  BRADLEY ALAN SMITH,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was filed in the above matter on April 28, 2011. Accordingly, the jury trial set for May 23, 2011 is **VACATED**.  A Change of Plea hearing is set for **Tuesday, June 28, 2011 at 9:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated:  April 29, 2011