**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 11-cr-00108-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BRADLEY ALAN SMITH,

    Defendant.

---

**ORDER RE:  GOVERNMENT'S MOTION FOR DECREASE PURSUANT TO
U.S.S.G. §3E1.1(b) (ACCEPTANCE OF RESPONSIBILITY)**

---

THE COURT, upon the Government filing its Motion for Decrease Pursuant to U.S.S.G. §3E1.1(b) (Acceptance of Responsibility) and the Court being fully advised in the premises, it is hereby

ORDERED that the Government's Motion for Decrease Pursuant to U.S.S.G. §3E1.1(b) (ECF Doc. #27), filed August 16, 2011, is **GRANTED**.

Dated:  October 27, 2011.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE