UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00108-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BRADLEY ALAN SMITH,

    Defendant.

## ORDER

THE COURT upon the Government filing its Motion to Dismiss Counts One, Two and Three of the Indictment, it is hereby

ORDERED that Government's Motion to Dismiss Counts One, Two and Three of the Indictment (ECF Doc. #26), filed August 16, 2011, is **GRANTED.**  It is further

ORDERED that counts one, two, and three of the Indictment are **DISMISSED WITH PREJUDICE.**

Dated:  October 27, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE